Enoch P. Hincks et al., Respondents, *v.* Aaron Field et al., Appellants.

(Argued October 29, 1891; decided December 1, 1891.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 9, 1891, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial without a jury.

*Edward P. Lyon* for appellants.

*William J. Fanning* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____

Burr Mattice, Respondent, *v.* Henry Wilcox, Appellant.

(Argued October 30, 1891; decided December 8, 1891.)

Appeal from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 3, 1891, which affirmed a judgment in favor of plaintiff entered upon an order of Special Term sustaining a demurrer to a part of defendant's answer.

*F. R. Gilbert* for appellant.

*Douglas W. Miller* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.